IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.                                    CRIMINAL NOS. 1:98-00100
                                                   1:98-00193
                                                   1:98-00103

JOHN F. HALE, JR.

<u>ORDER</u>

The court has received a request from defendant's probation officer asking the court to remove the condition of defendant's supervised release that requires him to perform 200 hours of community service.  For the reasons cited by the probation officer, the court hereby MODIFIES the conditions of defendant's supervised release to remove the requirement that he perform 200 hours of community service.

The Clerk is directed to send a copy of this Order to counsel of record, the defendant, and the United States Probation Office.

It is **SO ORDERED** this 27th day of April, 2010.

ENTER:

David A. Faber
Senior United States District Judge